```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 33653
   KEVIN LAMAR WILLIAMS
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

           Debtor
   SSN XXX-XX-3235


-------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/10/04 and confirmed on 01/21/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  74290.04 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | 52833.62 | .00 | 52833.62 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 1015.75 | .00 | 1015.75 |
| ROUNDUP FUNDING LLC | UNSECURED | 14568.26 | .00 | 4709.93 |
| ROUNDUP FUNDING LLC | UNSECURED | 8386.23 | .00 | 2711.27 |
| GREAT LAKES CREDIT UNION | UNSECURED | 9626.75 | .00 | 3112.34 |
| LEASECOMM CORP | UNSECURED | 1649.80 | .00 | 533.38 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1466.57 | .00 | 474.14 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4140.02 | .00 | 1338.47 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 271.56 | .00 | 87.80 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 53849.37 | .00 | 40109.19 | .00 | 93958.56 |
| PRINCIPAL PAID | 53849.37 | .00 | 12967.33 | .00 | 66816.70 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 53849.37 | .00 | 12967.33 | .00 | 66816.70 |

```
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $  2700.00
and was paid $   2700.00 .

The Trustee received $   3203.30 .

Refunds to the Debtor totaled $   1570.04 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 12/12/08                        /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

                              PAGE   2
    CASE NO. 04 B 33653 KEVIN LAMAR WILLIAMS